DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CATRIONA GRACE WHALEN,**
Appellant,

v.

**WHOLE FOODS MARKET GROUP, INC.,**
Appellee.

No. 4D20-1945

[November 10, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE18-029774.

Philip D. Parrish of Philip D. Parrish, P.A., Miami, and David J. Gillis of Law Offices of David J. Gillis, Fort Lauderdale, for appellant.

Charles M-P "Chip" George of Law Offices of Charles M-P George, Coral Gables, and Derek H. Lloyd and Anthony J. Renaldo of Chartwell Law, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, ARTAU, JJ., and HARPER, BRADLEY, Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***